Watertown Sav. Bank v Dulmage (2025 NY Slip Op 01508)

Watertown Sav. Bank v Dulmage

2025 NY Slip Op 01508

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, AND KEANE, JJ.

252 CA 24-00214

[*1]WATERTOWN SAVINGS BANK, PLAINTIFF-RESPONDENT,
v
TRESEA L. DULMAGE, DEFENDANT-APPELLANT, ET AL., DEFENDANT. 

LEGAL AID SOCIETY OF MID-NEW YORK, INC., UTICA (CINDY DOMINGUE-HENDRICKSON OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SCHWERZMANN & WISE, P.C., WATERTOWN (KEITH B. CAUGHLIN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Jefferson County (William F. Ramseier, J.), entered December 6, 2023. The order denied the motion of defendant Tresea L. Dulmage to vacate a judgment of foreclosure. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court